ORIGINAL

In the United States Court of Federal Claims

FILED

JAN 2 2 2018

U.S. COURT OF
FEDERAL CLAIMS

—.————————————X

Mitch Taebel,

        Plaintiff.

v.

Case No. 1:2018cv00064

City of Los Angeles,
District Attorney's Office

—————————————X

Motion to Subpoena all Case Evidence, Exculpatory Evidence, Documents, Police reports, Affidavits, and Video from the Los Angeles District Attorney's Office.

Dated: January 19, 2018

Mitch Taebel

RECEIVED - USCFC

JAN 2 2 2018